IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLOUDING IP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1338 (LPS) |
| | ) | |
| CA, INC. d/b/a CA TECHNOLOGIES, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

### CA INC.'S MOTION TO DISMISS FOR LACK OF STANDING OR, IN THE ALTERNATIVE, AS VOID FOR CHAMPERTY

Pursuant to Fed. R. Civ. P. 12(b)(1) and the common law doctrine of champerty, Defendant CA, Inc. ("CA") respectfully requests that the Court dismiss Plaintiff Clouding IP LLC's ("Clouding") First Amended Complaint against CA for lack of standing or, in the alternative, as void for champerty.

CA has reviewed the arguments set forth in the opening briefs filed in support of the motions to dismiss filed in *Clouding IP LLC v. Google, Inc.* (C.A. No. 12-639-LPS), *Clouding IP LLC v. Amazon.com, Inc., et al.* (C.A. No. 12-641-LPS) and *Clouding IP LLC v. Motorola Mobility LLC* (C.A. No. 12-1078-LPS). *See* D.I. 102 in C.A. No. 12-639-LPS; D.I. 113 in C.A. No. 12-641-LPS; D.I. 93 in C.A. 12-1078-LPS. In addition, CA understands that, concurrent with the filing of CA's motion to dismiss: (1) EMC, Corp., EMC International US Holdings, Inc. and VMware, Inc. are filing a joint motion to dismiss in *Clouding IP LLC v. EMC Corp., et al.* (C.A. No. 13-01455-LPS); and (2) Rackspace Hosting, Inc., Rackspace U.S., Inc. and Jungle Disk, LLC are also filing a joint motion to dismiss in *Clouding IP LLC v. Rackspace Hosting, Inc., et al.* (C.A. No. 1200675-LPS). CA has reviewed the opening briefs to be filed with each of those motions as well.

Because the First Amended Complaint suffers from the same standing and champerty defects as explained in all of the aforementioned briefs, CA will not burden the Court with a duplicative brief, but instead relies upon and incorporates herein the arguments in the aforementioned briefs in support of its motion.

WHEREFORE, CA respectfully requests that the Court dismiss Clouding's First Amended Complaint against CA in its entirety for lack of standing or, in the alternative, as void for champerty.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paul Saindon*

_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
psaindon@mnat.com

*Attorneys for Defendant*

OF COUNSEL:

Joshua C. Krumholz
Benjamin M. Stern
Jacob W.S. Schneider
HOLLAND & KNIGHT
10 St. James Avenue
11th Floor
Boston, MA  02116
(617) 523-2700

December 20, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 20, 2013, upon the following in the manner indicated:

Richard D. Kirk, Esquire                                 *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
Vanessa R. Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
*Attorneys for Plaintiff*

Marc A. Fenster, Esquire                                 *VIA ELECTRONIC MAIL*
Brian Ledahl, Esquire
Dorian S. Berger, Esquire
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
*Attorneys for Plaintiff*


*/s/ Paul Saindon*
_____
Paul Saindon (#5110)